# Order

Michigan Supreme Court
Lansing, Michigan

July 9, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162604-5

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSEPH LEE WILLIAMS,
      Defendant-Appellant.

SC: 162604
COA: 350166
Macomb CC: 2018-003567-FH

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSEPH LEE WILLIAMS,
      Defendant-Appellant.

SC: 162605
COA: 350167
Macomb CC: 2018-000457-FH

_____/

On order of the Court, the application for leave to appeal the December 17, 2020 judgment of the Court of Appeals is considered. We DIRECT the Macomb County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2021



t0706

Clerk